Proceed with the appellant and please state your name and appearance for the record. Good morning to you both Good morning, ma'am. Please court. My name is Daniel Jacobs with me today at council table our lead counsel Douglas mentioned, you know, are you gonna be using all the time this morning? I mean, you're the only one that's arguing. Yes, ma'am Okay, may I use reserve one minute for rebuttal? All right, hopefully We'll see Together Mr. Mancino, mr. Lobey and I represent the appellant by way of further introduction I had the honor judge Seiler of clerking for Judge Harry Welford on the Sixth Circuit Before serving in the US Department of Justice for 20 years. He was a good judge. He was an excellent judge Well, we always like to see our law clerks back. I'm always happy but as law clerks know they only win when they have the best facts The best facts and law win So, let's go ahead and since you don't have a lot of time let's jump into it And I just to finish I know you're mr. Jacobs. So sometimes it might get confusing Since you're the appellant and arguing for yourself, but we'll try to keep you straight To finish the thought I was I was proud to appear in federal courts from Kentucky where I had my first trial To California and to say that I represented the United States I would not have been proud to represent the United States in this case. Well, let's jump right to Kenny The standard of review here. It seems to direct the tax court to look at the commissioners litigation position Not his position in the underlying Administrative proceedings. How did the tax court err in looking at the commissioners answer and determining that it was reasonable? Kenny is not applicable to the facts of this case judge Callahan. There are a number of differences between Kenny in this case in Kenny the Position of the petitioner and the petition of the IRS were different in the administrative proceeding Than they were in the judicial proceeding. So when the petitioner got to the judicial proceeding He did not allege something he alleged during the administrative proceeding and when the IRS answered that petition as a result its answer was correct and as we know from many cases under 7430 if the IRS Correctly answers the petition. It sort of gets a free pass on 7430 Not withstanding what in terms of costs in the judicial proceeding Not withstanding what happened in the administrative proceeding and in this case We have one consistent position by each party throughout the course of the two phases The administrative proceeding which lasted roughly three years and the judicial proceeding which lasted roughly 14 months Let me ask you about a different case which is Bertolino and how there we held that it was reasonable for the commissioner to go ahead and file an answer Denying the claims before promptly attempting to settle. So how's your case any different? It's Thomas entirely different for three or four reasons Bertolino The first reason was that this court found in Bertolino that the taxpayer had caused the problem in the first place By not calculating his alternative minimum tax so the IRS then had to do it for him and There was a dispute over what it should be and when that went to the appeals officer finally Which is to say that again the the IRS is Correct in its answer when it denied When it's when it held by its statutory notice of deficiency Okay, it was appropriate because the ATM hadn't been calculated They got the number wrong and then when it went to appeals and this is another fundamental difference Okay, the answer is correct and then it gets to appeals and the appeals officer concedes at that point Okay, we calculated the number wrong. So you have the concession far earlier you have you have an appropriate answer I would argue and you have a concession at an appropriate time in this case. We have a completely Boilerplate answer that didn't that denies the allegations in the petition that asserts that the statutory notice of deficiency Which which alleges that the that the Petitioner the taxpayer owes some seventeen thousand five hundred dollars the IRS stuck with its story What can you tell me it seems like I'm not sure whether you have to show bad faith or that they didn't act in good Whatever however, you want to phrase that can you direct me to what you feel or is the bad faith? so we're going from the 7430 to 6673 Well just any bad faith in terms of because obviously I think we've all reviewed the facts here And we know when it finally when push comes to shove It's like when you're on the Eva trial, then they they give you everything you want. Okay, but up until that point You weren't able to have a face-to-face there any number of things so Tell me what you think is the bad faith and how Somehow it would compel a different result So I think the number one Bad faith item in this case is that the statutory notices of deficiency That were ultimately issued were issued by The appeals team manager in LA who had been removed from the case by the director of examination appeals three months before The judge got that wrong the tax court judge got that wrong he said Mistakenly plain error I would argue. He said mr. Guerrero the new appeals officer Issued the statutory notices of deficiency that's plainly wrong that you can look at the evidence that the Notices are signed by mr. Matsuda. I'm sorry issued by mr. Matsuda and the acting team manager mr. Haynes Initials them signs for Matsuda if you wonder well are they just using Matsuda's name you go back to the case activity record Which is in the record and you see that mr. Matsuda goes into the file The day before The statutory notices of deficiency are issued Suggesting to me that he's accessing Taxpayer records that he's not allowed to access because he's been removed from the case in November And he's doing this at the end of January Removed you asked to have him removed right so is that the same as okay? They remove them they put someone else there is that the same as say when a judge is Disqualified or recused and they can't or is that a different process? I see it in the same vein Or you know I spent a lot of time in justice if you're off the case you're off the case You don't start appearing in court right when you're off the well I think there's some clear guidance for judges. You know once we're gone on something We don't then go back and tell the other judge what to do, but I'm not sure that I can find anything exactly Similar to what in in that situation I try not to say anything. I can't prove I can't prove That he set it all up at the last minute, but that's true where the evidence takes me Well, that was he is there something you can point me to that says he has to have like like we say the walls Or you know how we put up walls or recusals, or is there anything that you can direct me to I did not find Rule the types of rules that we have in the judiciary the types of rules that we had at the Justice Department And I think that's part of the problem with this case. They don't seem to have those rules at the IRS It seems to be much more of a wild wild west in terms of what to do if I can back up though and Supplement my answers to both your initial question judge Callahan and yours judge Thomas I think what the what the task force did here, which was so egregious was he takes a snapshot of what the IRS did whereas my students would say a Screenshot of what the IRS did on one day when they answered the complaint and he says The lawyer answering the complaint might have had a question or two or three to ask and Therefore it was reasonable for them not to have conceded at that point in time. That's a fundamental error Especially under Ibrahim where if I might quote your honor judge Callahan you wrote A Quote the test for substantial justification is an inclusive one Whether the government's position as a whole Has a reasonable basis in law and fact Sorry, I got that wrong in fact and law and that's your separate opinion at 1188. Let me ask you a question When I say did mr. Jacobs that meaning you did you actually request section 66 73 fees from the tax court and Are you asking this court to award fees under 66 73? Are you asking this court that we were a man to the tax court with instructions to award? 6673 We are asking. I'm sorry. Did you yeah, so I'm trying to figure that out We're asking that you remand to the tax court Again citing Ibrahim the en banc opinion the majority remanded with instructions to the district judge and the instructions were recalculate this under IJA bad faith and Substantial justification do we have to if we did remand it is does that require? Must that be preceded that that must is that a require that we find that the Commissioner preceded in bad faith as a prerequisite to the It's a great question because I took a hard look at 66 73 I think there is bad faith and I answered your question But all you really have to find is that that the IRX dexaciously prolonged the litigation It's it's a lighter standard. I think and and I think we satisfy it when the IRS When when the game is over they've conceded and we send them the bill for $17,549 for the account and one legal Consultation and they so say we're not paying it and we say why and they said because you didn't substantiate your deductions and we say but but you have a 1,200 page record in a correspondence audit where where it's customary to substantiate with paper How can you say that and then they invent? this oral Substantiation defense which we find no precedent for in any court case not even a tax court case So that's when we're in overtime already, so I want to find out if my colleagues have any questions Okay, so You're already almost two minutes over, but I'll give you two minutes for a rebuttal Okay, may I just say one more case that you can cite it, but don't talk about it. Yes, ma'am Lewis versus the United States and then this again goes back to the answer of what the standard is Lewis versus the United States in this court 144 f 3rd 1220 I'm embarrassed to say we didn't brief it Harvard did in its amicus brief and it stands also for the proposition that And it's a tax court case it stands for the proposition That the court looks at a hold at the conduct from start to finish, and that's what we're asking you to do your honor Thank you All right, we'll go to the government at this point Good morning Morning, your honors. Can you hear me? Okay? I can can you hear him? Okay, mr. Jacobs and everyone else I Think everyone can hear you so that's and you can see him right? Okay, we can all see you and we can hear you All right, go ahead Morning, your honors may please the court Isaac Rosenberg for the commissioner When a taxpayer goes to the tax court over a deficiency dispute It is irrelevant whether the IRS conducted a good and fair audit Unless and until the taxpayer seeks administrative costs under section 74 30 a1 Otherwise the tax courts only job is to decide whether the taxpayer owes additional taxes for the relevant tax years And the tax court does that on the basis of a new record developed by the parties in the litigation? Not on the basis of a record developed and available to the IRS and Makes that determination without any deference whatsoever to the IRS's judgments before the suit was filed Well, let's let's look though here as the premature notice of deficiency. It was sent to the wrong address Is that evidence of bad faith on the part of the IRS? No, your honor and respectfully bad faith is not a factor that the court considers under section 74 30 So In this case again, mr. Jacobs did not seek any administrative costs. He only sought litigation costs So the only position of the government of the United States that mattered in this case Was the position taken by the commissioner in the court proceedings and initially that position was that? Mr. Jacobs owed the amounts of tax stated in the notice of deficiencies The position was not that the IRS have conducted a good and fair audit The position was not that the notices of deficiency were otherwise problematic What what obligation does the commissioners litigation council have to investigate? The taxpayers claims before filing an answer in tax court if any Reasonable inquiry and that and that's covered by the tax for rules and forgive me. I don't remember which it is it 34 is for petitions. I think answers might be 35 But it's the same sort of standard that applies to to government counsel or any defense counsel in a civil case in a federal court It's reasonable inquiry and what did chief counsel here do she looked at the administrative file? She looked at the statutory notices of deficiency She looked and saw that the examiners and the appeals officers involved in the case Had found gaps in the information needed for mr. Jacobs to substantiate his claim deductions of business expenses Above the line on Schedule C It was his burden before the IRS to show his clear entitlement to take those deductions And it was his burden under the tax for rules to show that he was entitled to those deductions. Well, okay, so he consistently mr Jacobs consistently asked for an in-person meeting which he was never granted until July of 2018 when he finally meets in person, you know that it's push push push that the IRS just won't give him a meeting and then Finally your feet are to the fire and it's time to go to trial Then he gets everything that he wants you try to give him half the baby and then he says no I'm you know, so you have someone here, you know, the average person doesn't have the capabilities of mr. Jacobs. Let's face it so you have someone that's going to hold your feet to the fire and But you never give him in person and then when you finally give him in person then you throw up your hands and say okay You win What what are we to make of that? Respectfully your honor. I'm not sure that we would agree with that characterization of what happened. Okay, tell me what happened Then did you give him an in-person meeting? Is that impossible to get with the IRS? no, of course, it's not impossible, but understand that this started out and was for its entirety a correspondence audit Conducted by mail typically taxpayers do not get face-to-face interviews with examiners Those are the people who are looking at the documents submitted by the taxpayer and making the initial determination Um, mr. Jacobs has cited the Internal Revenue Manual provision dealing with field exams and interviews That right that provision of the Internal Revenue Manual is not the sort of published guidance that presumptively the IRS must follow to avoid an adverse finding under 7430, but in any event that provision of the manual says that If taxpayer requests an interview one should be granted. It's not mandatory It doesn't provide any guideposts for when When or under what circumstances it's discretionary Let me ask you a question at least one notice of rescission was was set aside notice of deficiency in April and the IRS Gave him that and that wouldn't be enough to scare any taxpayer and then it was rescinded, right? Yes, your honor it was. Okay So, what about I think one other thing mr Jacobs complains about is that after the August 20th 2019 in-person conference It took the IRS until January 2020 to propose a settlement In your view, was this a reasonable delay and why did it take so long to propose a settlement? Yes, we think objectively it was a reasonable delay nothing in the record speaks to why it took as long as it took but Understanding the complexion of the case leading up to the appeals conference and afterward one might understand why this appeals officer would have wanted to be meticulous and analyzing the record and Applying the appropriate authorities to make a recommendation that how it would have to be approved by his manager and then tendered to mr Not really, would you characterize? This is a big and complicated case. It just doesn't look like that to me I mean, I we get tax cases regularly and we get you know Amazon and the IRA we get also and those are comp those are complicated here. It's just he's got He's got claimed some Expenses you say we need more proof and it just doesn't look that It looks like it's something I might even be able to do and I'm saying it doesn't look that hard Is this a complicated case in your view? The tax issues in the case are not complicated and frankly the facts once we know what the facts are are not complicated What was complicated was how long it took to get the facts needed for mr. Jacobs to substantiate his claimed business expenses Why mr Jacobs was not able to put in writing over the many letters and memos that he submitted during the audits and the appeals proceedings Why he couldn't put in those written submissions what he was able to explain in person with with mr. Guerrero I can't say and I wouldn't want to speculate but once those facts which again are not complicated were provided Mr. Guerrero then Wrote a very thorough in a 20-some-odd page report settlement memo with tables meticulously analyzing Categories and species of expenses the appropriate authorities and making a recommendation. It wasn't it wasn't a complete capitulation either. We Mr. Guerrero agreed that 80% roughly 80% of the claim deductions suffice and that included items that He recommended settling based on the hazards of litigation, okay Yes, mr. Jacobs reject that and then say okay, let's go And then when it was time to go then the IRS completely capitulated was the settlement less than what I Don't know am I reading the record wrong to say he got everything he asked for by pushing pushing pushing pushing am I wrong or When The IRS stipulated in a tax court the IRS stipulated that he owed no additional taxes Okay settlement recommendation made by mr. Guerrero was roughly 80% Concession and he rejected that right? Mr. Jacobs never responded to it or certainly didn't respond to it within you know four to five months and once there had been no action despite Correspondence from mr. Guerrero and others the case was returned for trial preparation because the case was in us in a holding pattern with the Tax court and the case needed to move forward. Mr. Jacobs objected to that but in any event I'm not sure and I don't want to speculate and I don't want to put words. Mr. Jacobs mouth But I don't think that just conceding the deficiencies alone is what mr. Jacobs intended to accomplish with the case what he wanted to accomplish was to show that the audit itself was poorly conducted That the notices of deficiency had been vindictively Issued and all of those allegations that were included in his petition to the extent they were included in his petition They were impertinent and we objected to them on that basis. We didn't concede to those we didn't admit to those in Hoffman the Commissioner stipulated to judgment on the pleadings. That's the entire pleading not specific allegations So here the only thing that the IRS conceded was that mr Jacobs didn't owe the taxes and the amounts of taxes stated in the notice of deficiency and that was on the basis of information That he provided after the petition was filed Access to the tax court is a little bit extraordinary in federal litigation because it's not an agency review case There's no deference You get you get a fresh crack at it and you get to build a brand new record you get to prove your case and The tax work has the final and only say on whether you owe those taxes Now if you want to also challenge Some wrongdoing or alleged wrongdoing that happened in the proceedings leading up to the notices of deficiency There's a very easy way you do that and you do what the taxpayer and Huffman did You assert a claim for administrative costs in addition litigation costs and here. Mr. Jacobs deliberately chose not to do that This is and he says why in his brief and I'm sorry. I don't have the this is page 13 of the blue brief footnote 10 If he had done that and we had resisted he could have recovered not only that the administrative costs he had incurred but also the costs incurred to litigate whether we had reasonably defended his litigating administrative costs claim and He had incurred at least some administrative costs that would have been recoverable which included I seem up against my time, but he In January of 2018, this is on page 393 of the excerpts of record he he he incurred a legal fee an hour Roughly an hour of consultation with a law firm after the administrative proceedings were underway So he could if I were to summarize your position Would it be that the IRS did not do anything wrong and that basically any delays were Mr. Jacobs fault and that Ultimately The fact that the IRS on the eve of trials said, okay, we're not saying you have any taxes He could be entitled to administrative fees, but that's not what he asked for so Abuse of discretion is the standard for the litigation fees and therefore you win. Am I summarizing your position Sort of but do you think you did anything wrong? Well, our first argument is that it doesn't matter and our secondary argument which we do explain in the red brief is that An objectively reasonable person would have come away with the conclusion that we properly issued notices of deficiency Because he hadn't substantiated his claims deductions when we did so and in fact the Internal Revenue Manual that talks about protecting this well Okay, I'm a little bothered if you say if we did anything wrong, it doesn't matter Does it really not matter if the government does anything wrong? Are you saying it just doesn't legally matter or I'm not quite sure what I mean I as a government employee myself, I feel like it does matter whether I get it right or wrong Right and so for litigation costs when we're looking at the position of the United States in the litigation position that the IRS took here Was that mr. Jacobs owed additional taxes and in the tax for proceeding? That question was me decided all over again on the basis of a new record that the parties developed and The tax court wasn't going to show any difference the IRS's determinations or anything that happened in the proceedings if mr Jacobs wanted to recover For the costs that he incurred in the administrative proceeding There was a mechanism for him to do that and he didn't and he would have indicated his challenge to the propriety of the audit By doing that that was his choice But 7430 is not a compensation statute. It's not a damages statute. It's supposed to ensure meaningful access Administrative processes and judicial processes to vindicate rights and what right to mr. Jacobs want vindicated or what right to be have to vindicate in the judicial proceedings It was his right not to owe additional taxes Okay, I think we've taken you over a two and a half minutes So, let me find out if my colleagues have any additional questions. They don't so That'll conclude you. Thank you for your argument All right, mr. Jacobs you have two minutes a lot to cover in two minutes, I'll go quick well We have two minutes. So figure it out So on the point of the IRS not having the information Until the petition was filed if I heard mr. Rosenberg correctly, it's completely false if if you look at the record the IRS had full documentation in May of 2018 with respect to the 2014 audit In fact the documentation was deemed by the appeals officer at the time to be too voluminous and That's why she had actually scheduled a conference and this is in the case activity report in the record It's actually one of mr. Rosenberg's documents that he submitted as an excerpt What's the most egregious thing that the IRS did to you that you'd like to have? Rectified they would not talk to me judge Seiler. I After 20 years in the government I just wanted to sit down and tell them what they needed to hear and explain The material that they they just refused to read and that was that's the that's the real problem with this case is for three years I gave them document after document the 2014 audit Substantiation if you look at page four of our brief footnote to we list they had 23 single space pages of briefs by September 1820 18 because we had also supplemented the 2014 audit material with the 2015 audit material They had everything they needed as mr. Rosenberg says it was a correspondence audit meaning They don't talk to the they don't talk to you So we explained over and over again in correspondence in in briefs We put together exhibit labeled exhibit packages well beyond just gallant to your point that a normal taxpayer would do We put together everything just direct you one area if let's just say hypothetically and I'm not saying we haven't conversed on this case this is a hypothetical if we agreed with you and Said you were entitled to litigate that the that there was an abuse of discretion Is there any dispute as to the amount of the fees was that disputed down below or?  I'm afraid that piece has to be determined by the tax court judge because he didn't get to it. Okay, we submitted our bill We wouldn't expect you to slog through the numbers, okay Okay, thank you both for your argument this matter will stand submitted
judges: Siler, CALLAHAN, THOMAS